MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR09-00781 SBA |
| Plaintiff, ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. ) | |
| LIZETTE DELATORRE, ) | |
| Defendant. ) | |

On December 1, 2010, the defendant appeared before the Honorable Donna M. Ryu, United States Magistrate Judge, at a status hearing and this matter was continued to January 6, 2011 at 9:30 a.m. for a change of plea. For the reasons stated in open court on December 1, 2010, the Court excluded time under the Speedy Trial Act from December 1, 2010 to January 6, 2011 to permit defendant to regain her physical health after recent surgery and for effective preparation. The Court found that (A) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of

//

//

//

1  due diligence; and (B) the ends of justice served by the continuance outweigh the best interests
2  of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: December  2, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge