UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LIZETTE DELATORRE,<br><br>　　　　　　　Defendant. | CASE NO. CR-09-00781 SBA<br><br>**ORDER** |

GOOD CAUSE APPEARING, and pursuant to the stipulation of defendant Lizette Delatorre and the government, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter, currently scheduled for April 12, 2011, is continued to May 12, 2011 at 10:00 a.m. for sentencing.

Dated: April 5, 2011

By: _*Saundra B. Armstrong*_
　　　HON. SAUNDRA B. ARMSTRONG
　　　UNITED STATES DISTRICT JUDGE
　　　Northern District of California

United States v. Lizette Delatorre, CR-09-00781 SBA