UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LIZETTE DELATORRE,<br><br>    Defendant. | Case No:  CR 09-00781 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

    This Court referred this matter to Magistrate Judge Donna M. Ryu for a report and recommendation on the acceptance of Defendant's guilty plea.  On January 06, 2011, Magistrate Judge Donna M. Ryu issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea.  The Court has received no objection to the Report and Recommendation.  Accordingly,

    IT IS HEREBY ORDERED THAT Magistrate Judge Donna M. Ryu's Report and Recommendation (Docket 88) is ACCEPTED and shall become the Order of this Court.

    IT IS SO ORDERED.

Dated: _5/12/11

                                              SAUNDRA BROWN ARMSTRONG<br>
                                              United States District Judge